652 A.2d 286

Darby J. SWOYER

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, Workmen's Compensation Appeal Board (A to Z Maintenance Corporation).

Appeal of A TO Z MAINTENANCE CORPORATION.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1994.

Decided Dec. 30, 1994.

Frederick W. Ulrich, Harrisburg, for A to Z Maintenance Corp.

Warren H. Prince, Bechtelsville, for D. Swoyer.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO is sitting by designation.